# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALANNA GRIFFIN,** | ) |
| **Plaintiff** | ) |
| vs. | ) Case No. 2:12-cv-03841-VEH |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | ) |
| **Defendant** | ) |

## MEMORANDUM OPINION

On May 28, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the Motion for Judgment on the Administrative Record, or Alternatively, for Summary Judgment filed by defendant be granted and the Motion to Deem Affidavits as Part of the Administrative Record or, in the Alternative, Motion to Remand the Case to the Plan Administrator to Consider Said Affidavits and for a New Determination filed plaintiff be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 23rd day of June, 2014.

                                                    **VIRGINIA EMERSON HOPKINS**
                                                    United States District Judge